WISCONSIN GENERAL RAILWAY, Respondent, vs. VILLAGE OF SHOREWOOD and others, Appellants.

*March 9—April 3, 1923.*

*Milwaukee E. R. & L. Co. v. Shorewood, ante,* p. 312, followed.

APPEALS from an order of the circuit court for Milwaukee county: E. T. FAIRCHILD, Circuit Judge. *Affirmed.*

*Charles E. Hammersley* of Milwaukee, for the appellant *Village of Shorewood.*

For the appellants *County of Milwaukee* and *Henry Bulder* as county treasurer there were briefs by *George A. Shaughnessy,* district attorney of Milwaukee county, and *Daniel W. Sullivan,* first assistant district attorney, and oral argument by *Mr. Sullivan.*

Wisconsin General Ry. v. Shorewood, 181 Wis. 321.

For the appellant *Milwaukee General Construction Company* there was a brief by *Churchill, Bennett & Churchill* of Milwaukee, and oral argument by *W. H. Churchill.*

For the respondent there was a brief by *Van Dyke, Shaw, Muskat & Van Dyke,* and oral argument by *John L. Newman,* all of Milwaukee.

DOERFLER, J.    The issues in this case are in all respects similar to those involved in *Milwaukee E. R. & L. Co. v. Shorewood, ante,* p. 312, 193 N. W. 94, decided herewith, and the order of the lower court overruling the demurrer is therefore affirmed.

*By the Court.*—Order of lower court overruling demurrer affirmed.